JET/DJF: February 2018

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| **TYRONE MALLORY** ) | |

## INFORMATION

**COUNT ONE**:  [18 U.S.C. § 922(k) – Possession of a Altered Firearm]

The United States Attorney charges:

That on or about the 8th day of January 2016, in Talladega County, within the Northern District of Alabama, the defendant,

**TYRONE MALLORY**,

did knowingly possess and receive a firearm, that is, a 30-30 caliber Savage Arms rifle, Model 325C, which has had the importer's or manufacturer's serial number removed, obliterated, and altered, that had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(k).

## Notice of Forfeiture
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Information, in violation of 18 U.S.C. § 922(k), the defendant, **TYRONE MALLORY**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including but not limited to, a 30-30 caliber Savage Arms rifle, Model 325C, and all accompanying magazines and ammunition.

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*
_____
Daniel J. Fortune
Assistant United States Attorney